Michael T. McColloch, Esq. (66766)
McCOLLOCH & SCHAFER, LLP
5900 La Place Court, Suite 100
Carlsbad, CA 92008-8832
Phone (760) 804-0153
Fax (760) 931-9086
Email: mmccolloch@mandclaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Siegel,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Avatar, LLC and Sofia Shafquat,<br><br>　　　　Defendants. | Case No. 09 CV 0 827 BEN (WMc)<br><br>ANSWER<br><br>DEMAND FOR JURY TRIAL |

　　　　Come now Defendants Avatar, LLC and Sofia Shafquat ("Defendants") for themselves alone and no other, in answering the complaint on file herein, admits, denies and alleges as follows:

　　　　1.　　Defendants deny the allegations of paragraph 1.

　　　　2.　　Defendants lack sufficient information and belief upon which to base an answer to the allegations of paragraphs 2, 3, 4, 5, and 6 and therefore deny the same.

　　　　3.　　Defendants admit the allegations of paragraph 7.

　　　　4.　　Defendants lack sufficient information and belief upon which to base an answer to the allegations of paragraphs 8 and 9 and therefore deny the same.

　　　　5.　　In response to the allegations of paragraph 10, Defendants allege that in 2005, plaintiff, in conjunction with Blue Star Media Group ("BSMG") and its principals Dave Shaw and Jim Brewster, released 911 Eyewitness as an unregistered copyrighted work, containing a published copyright notice jointly in the names of plaintiff and BSMG. Defendants lack sufficient information

and belief upon which to base an answer to the remaining allegations of paragraph 10 and therefore deny the same.

6. Defendants lack sufficient information and belief upon which to base an answer to the allegations of paragraph 11 and therefore deny the same.

7. Defendants deny the allegations of paragraph 12 and allege that BSMG jointly owned the copyright to 911 Eyewitness, which granted Defendant Avatar LLC ("Defendant Avatar") permission to use brief segments from 911 Eyewitness in 911 Mysteries.

8. Defendants lack sufficient information and belief upon which to base an answer to the allegations of paragraphs 13 and 14 and therefore deny the same. Moreover, the purported Exhibit A is missing from the complaint served on Defendants.

9. Defendants deny the allegations of paragraph 15 and allege that BSMG owned the copyright to 911 Eyewitness as shown by the film's copyright notice. Moreover, the purported Exhibit B is missing from the complaint served on Defendants.

10. Defendants deny the allegations of paragraph 16.

11. In response to the allegations of paragraph 17, Defendants allege that Defendant Shafquat, acting at all times by and through Defendant Avatar, contacted Plaintiff and BSMG (who were listed as the co-copyright holders of 911 Eyewitness on its published copyright notice), in response to public requests by Plaintiff and BSMG for assistance in promoting their film 911 Eyewitness. Defendants further allege that in the course of communications which followed Defendant Avatar was granted permission, both orally and in writing, to use brief segments from 911 Eyewitness in Avatar's upcoming 911 Mysteries, crediting the makers of 911 Eyewitness therein, thereby attracting attention to 911 Eyewitness, while also promoting and selling 911 Eyewitness through Avatar's website store. Except as alleged, Defendants deny the allegations of paragraph 17.

12. Defendants lack sufficient information and belief upon which to base an answer to the allegations of paragraph 18, and therefore deny the same.

13. In response to the allegations of paragraph 19, Defendants admit including brief segments from 911 Eyewitness in 911 Mysteries, but deny such use was unauthorized.

ANSWER TO COMPLAINT
DEMAND FOR JURY TRIAL

Case No. 09 CV 0827 BEN (WMc)

14. In response to the allegations of paragraph 20, Defendants deny altering any footage, but admit that post-production sound was added to approximately 10 seconds of what was received by Defendant Avatar as a soundless film clip.

15. Defendants deny the allegations of paragraph 21.

16. Defendants admit the allegations of paragraph 22.

17. Defendants lack sufficient information and belief upon which to base an answer to the allegations of paragraph 23, and therefore deny the same.

18. In response to the allegations of paragraph 24, Defendants admit Plaintiff sent Defendant Shafquat an e-mail on or about January 25, 2007, but deny the remaining allegations of this paragraph.

19. In response to the allegations of paragraph 25, Defendants admit that Plaintiff's attorney and Defendants' attorney exchanged correspondence on the subject of Defendant Avatar's permission to use segments from 911 Eyewitness.

20. In response to the allegations of paragraph 26, Defendants deny the alleged "demand" but admit the remaining allegations of this paragraph.

21. In response to the allegations of paragraph 27, Defendants incorporate their previous admissions, denials and allegations herein by reference.

22. Defendants lack sufficient information and belief upon which to base an answer to the allegations of paragraph 28, 29 and 30, and therefore deny the same.

23. In response to the allegations of paragraph 31, Defendants admit Plaintiff's original 9/11 footage was widely accessible by the public on the internet, but deny it was accessed by Defendants from that source.

24. In response to the allegations of paragraph 32, Defendants admit that approximately 70 seconds of footage from 911 Eyewitness is included in 911 Mysteries, and of that footage, post-production sound was added to approximately 10 seconds of footage. Except as admitted, Defendants deny the remaining allegations of this paragraph.

25. Defendants deny the allegations of paragraphs 33 and 34.

26. In response to the allegations of paragraph 35, Defendants admit they have been notified but deny they are infringing Plaintiff's copyright.

27. Defendants deny the allegations of paragraphs 36 and 37.

28. In response to the allegations of paragraph 38, Defendants incorporate their previous admissions, denials and allegations herein by reference.

29. Defendants deny the allegations of paragraphs 39 and 40.

30. Defendants admit the allegations of paragraph 41.

31. Defendants deny the allegations of paragraphs 42, 43 and 44.

32. In response to the allegations of paragraph 45, Defendants incorporate their previous admissions, denials and allegations herein by reference.

33. Defendants deny the allegations of paragraphs 46, 47, 48, 49, 50, 51 and 52.

34. In response to the allegations of paragraph 53, Defendants incorporate their previous admissions, denials and allegations herein by reference.

35. Defendants deny the allegations of paragraphs 54, 55, 56, 57, 58, 59 and 60.

## AFFIRMATIVE DEFENSES

1. All of the acts alleged in the complaint were committed, if at all, by Defendant Avatar, a limited liability company. Defendant Shafquat, a member of Avatar, is immune from liability for those acts and should be dismissed.

2. The complaint should be dismissed because Plaintiff has failed to join indispensable parties Dave Shaufele (aka Dave Shaw), Jim Brewster and BSMG.

3. BSMG, as the noticed co-copyright owner of 911 Eyewitness, had actual and/or ostensible authority to grant, and did grant, a non-exclusive license to Defendant Avatar to use footage from 911 Eyewitness in Avatar's 90-minute film 911 Mysteries. In exchange for the license, Plaintiff and BSMG received and accepted substantial consideration, including wide publicity generated to 911 Eyewitness from 911 Mysteries references and credits, and from Avatar's sale of more than 200 copies of 911 Eyewitness on Avatar's website store.

ANSWER TO COMPLAINT
DEMAND FOR JURY TRIAL

Case No. 09 CV 0827 BEN (WMc)

4.  Plaintiff is estopped from challenging Avatar's inclusion of the 911 Eyewitness footage in that (a) before releasing 911 Mysteries, Defendant Avatar sent BSMG a copy of the footage Avatar intended to include in 911 Mysteries to make certain it had no objections, but neither BSMG nor Plaintiff offered any objection to including the footage in 911 Mysteries; (b) it was only after 911 Mysteries achieved success beyond any achieved by 911 Eyewitness did Plaintiff claim that Avatar's use was unauthorized; and (c) after claiming the use was unauthorized, Plaintiff delayed the filing of this lawsuit for nearly three years, during which Avatar continued to promote 911 Eyewitness at the urging of BSMG, and incurred the expenditure of substantial time, effort and expense in so doing.

5.  Plaintiff's claims are barred by the doctrine of "fair use."

6.  Plaintiff's claims are barred by applicable statutes of limitations.

7.  Plaintiff's claims are barred by the doctrine of laches.

8.  Defendant Avatar has realized no profits from its production, sale and distribution of 911 Mysteries.

9.  Plaintiff has sustained no provable damages from the inclusion of 911 Eyewitness footage in 911 Mysteries.

10. Plaintiff is barred from the recovery of statutory damages and attorneys fees, because Plaintiff failed to register 911 Eyewitness or any portion of it, including the footage used in 911 Mysteries, with the Copyright Office prior to 2006, the first publication of 911 Mysteries.

WHEREFORE, Defendants pray for judgment in their favor and against Plaintiff, for dismissal of the complaint, for attorneys' fees and costs incurred herein as may be permitted by law, and for such other and further relief as the court deems proper.

DATED: 8-13-09            McCOLLOCH & SCHAFER, LLP

By: _____
MICHAEL T. McCOLLOCH
Attorneys for Defendants

ANSWER TO COMPLAINT                                           Case No. 09 CV 0827 BEN (WMc)
DEMAND FOR JURY TRIAL

1

## JURY TRIAL DEMAND

2  Defendants demand a jury trial on all issues.

3  DATED: 8-13-09

4

5  By: _____
   MICHAEL T. McCOLLOCH
6  Attorneys for Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT                              Case No. 09 CV 0827 BEN (WMc)
DEMAND FOR JURY TRIAL

6

Michael T. McColloch, Esq. (66766)
McCOLLOCH & SCHAFER, LLP
5900 La Place Court, Suite 100
Carlsbad, CA 92008-8832
Phone (760) 804-0153
Fax (760) 931-9086
Email: mmccolloch@mandclaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Siegel,<br><br>    Plaintiff,<br><br>vs.<br><br>Avatar, LLC and Sofia Shafquat,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 09 CV 0 827 BEN (WMc)<br><br>**PROOF OF SERVICE** |

    I, Jammie Smith, am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to this action. I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5900 La Place Court, Suite 100, Carlsbad, CA 92008-8832.

    On August 14, 2009, I served the following documents.

- **ANSWER TO COMPLAINT – DEMAND FOR JURY TRIAL**

///

///

///

///

PROOF OF SERVICE             Case No. 09 CV 0827 BEN (WMc)

1

Upon the following addressees:

| David M. Beckwith, Esq.<br>McDERMOTT WILL & EMERY, LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Tel: (858) 720-3300<br>Fax: (858) 720-7800<br>Email: dbeckwith@mwe.com<br>*Attorneys for Plaintiff* | Daniel N. Christus, Esq.<br>Adele R. Frankel, Esq.<br>McDERMOTT WILL & EMERY, LLP<br>227 W. Monroe Street, Suite 4400<br>Chicago, IL 60606-5096<br>Tel: (312) 372-2000<br>Fax: (312) 984-7700<br>Email: afrankel@mwe.com<br>*Attorneys for Plaintiff* |

XX  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Carlsbad, California.

___  (BY EXPRESS MAIL) I caused such envelope to be sent via Federal Express.

___  (BY TELECOPIER) The counsel by whole name an asterisk is affixed on the attached service list was forwarded a copy of said document(s) by telecopier.

___  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2009, at Carlsbad, California.

*/s/ Jammie Smith*
Jammie Smith

---

PROOF OF SERVICE                                   Case No. 09 CV 0827 BEN (WMc)