UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SIEGEL, | Case No. 09CV827 BEN (WMc) |
| Plaintiff, | **ORDER SETTING TELEPHONIC SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| AVATAR, LLC and SOFIA SHAFQUAT, | |
| Defendants. | |

    The parties settled the above-entitled matter at the December 2, 2009 conference and the settlement was placed on the record. The Court will hold a **TELEPHONIC** Settlement Disposition Conference *on December 21, 2009 at 2:00 p.m. Counsel for Plaintiff* is ordered to contact opposing counsel on the day and at the time indicated above and then initiate a **JOINT** call to the Court at (619) 557-6624.

    **IT IS SO ORDERED.**

DATED: December 7, 2009

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

09cv827 BEN (WMc)